■ In the Matter of DISTRICT 2, MARINE ENGINEERS BENEFICIAL ASSOCIATION, AFL–CIO, Respondent, v. ISBRANDTSEN COMPANY, INC., Appellant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect and be ready to argue or submit the appeal at the March Term, beginning March 4, 1963; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 8, 1963. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

■ In the Matter of SAMUEL BRAEN & Co., et al., Appellants, v. IRVING FEDER et al., Respondents.— Motion by respondents to dismiss appeal granted; appeal dismissed, without costs. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

■ In the Matter of GEORGE M. RUOCCO et al., Appellants, v. ABRAHAM ISSEKS, as District Attorney of Orange County, Respondent.— Motion by appellants for leave to appeal to the Court of Appeals denied. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

■ FRANCIS DE RISO et al., Appellants, v. ALLSTATE INSURANCE COMPANY, Respondent.— Motion by respondent to dismiss appeal granted; appeal dismissed, without costs. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

■ DAVID RAFFE, Doing Business as UNITED COAL & OIL COMPANY, Appellant, v. JOSEPH MARTINO, Respondent.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect and be ready to argue or submit the appeal at the March Term, beginning March 4, 1963; appeal ordered on the calendar for said term. The appellant's brief must be served and filed on or before February 11, 1963. This disposition is without prejudice to a renewal of the motion to dismiss in the event that appellant, on or before February 15, 1963, shall fail to move, in the Supreme Court, Kings County, to vacate the dismissal of the action on December 12, 1962. Beldock, P. J., Ughetta, Brennan, Hill and Rabin, JJ., concur.

■ JOHN A. WALSH, Appellant, v. ALOYSIUS J. HENNING et al., Respondents.— Motion by appellant for reargument or for leave to appeal to the Court of Appeals, denied. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.